IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:24-mj-00183-STV-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAMES HEATH,

    Defendant.

## ORDER OF DETENTION

THIS MATTER came before the court for an Initial Appearance on September 27, 2024, after the Government moved for detention under 18 U.S.C. § 3142(f). Defendant, though counsel, indicated to the Court that the Defendant waived the right to a detention hearing, thus voluntarily consenting to detention. See United States v. Clark, 865 F.2d 1433, 1436 (4th Cir. 1989) ("We now hold that both the time requirements and the detention hearing itself provided for in section 3142 are waivable.") Based on that waiver, the Court ORDERS Defendant DETAINED.

IT IS ORDERED that the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that the Defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for appearances in connection with these proceedings.

DATED this 27th day of September, 2024.

BY THE COURT:

_____
Maritza Dominguez Braswell
United States Magistrate Judge